WILLIAM B. MILLER, PLAINTIFF IN ERROR, V. TILFORD
M. MESICK, DEFENDANT IN ERROR.

**Bill of Particulars:** DEMURRER. There is no provision for a
demurrer to a bill of particulars before a justice of the peace.

ERROR to the district court for Kearney county.   Tried
below before GASLIN, J.

*J. M. Stewart,* for plaintiff in error.

*Joel Hull,* for defendant in error.

MAXWELL, J.

This action was brought in the county court of Kearney
county upon a promissory note, of which the following is
a copy:

"MINDEN, NEB., Oct. 4th, 1880.

"On or before the 4th day of October, 1881, I promise
to pay to the order of Hans Miller the sum of $35, for
value received, at ten per cent from date.

"W. B. MILLER."

On which was the following guaranty:

"For value received I guarantee the within to T. M.
Mesick.

"HANS MILLER."

The defendant Miller demurred to the bill of particulars
upon the ground that the causes of action were improperly
joined.   The demurrer was sustained.   Mesick thereupon
took the case on error to the district court, where the judg-
ment was reversed and the cause set down for trial.   The
plaintiff brings the cause into this court by petition in
error.

The same practice would prevail on the trial of this case

as though it had been tried before a justice of the peace, and there is no provision for a demurrer before a justice. The judgment is therefore affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.